STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. WILLIAM TIETJEN, PLAINTIFF IN ERROR.

Submitted December 8, 1919—Decided March 1, 1920.

On error to the Supreme Court, whose opinion is reported in 93 *N. J. L.* 22.

For the defendant in error, *Pierre P. Garven.*

For the plaintiff in error, *Alexander Simpson.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—The Chancellor, Parker, Bergen, Minturn, Kalisch, Black, White, Heppenheimer, Williams, Taylor, Gardner, Ackerson, JJ. 12.

*For reversal*—None.